# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

JOHN F. CURRAN, III,

    Plaintiff,

vs.                                              No. 23-1064-STA-jay

CARL A. FRONABARGER,

    Defendant.

---

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF MAGISTRATE JUDGE

---

    Before the Court is the United States Magistrate Judge's Report and Recommendation that Plaintiff's Motion to Set Aside Orders (ECF No. 95), Motion to Amend Reply Brief (ECF No. 98), and Motion for Evidentiary Hearing (ECF No. 99) be denied. Plaintiff has filed objections to the Magistrate Judge's Report. (ECF No. 103.) Defendant has not filed a response to the objections. Upon consideration of the Report and Recommendation and the entire record of the proceedings, the Court finds that the Magistrate Judge correctly set forth the applicable law and cogently applied it to the disputed issues; thus, his decision was not "clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A); *see* Fed. R. Civ. P. 72(a). The Court hereby **ADOPTS** it in its entirety, and the motions set forth above are **DENIED**.

    **IT IS SO ORDERED.**

                                                              s/ S. Thomas Anderson
                                                              S. THOMAS ANDERSON
                                                              UNITED STATES DISTRICT JUDGE

                                                             Date: March 5, 2025