UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

JOHN F. CURRAN, III,

    Plaintiff,

vs.                                                                No. 23-1064-STA-jay

CARL A. FRONABARGER,

    Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF MAGISTRATE JUDGE (ECF No. 115)

Before the Court is the United States Magistrate Judge's Report and Recommendation that Plaintiff's Motions to Set Aside Orders (ECF No. 108, 110) be denied. (ECF No. 115.) The Report was filed on July 2, 2025. On July 21, 2025, the Report was returned to the Court as undeliverable. (ECF No. 121.) The Report was resent on July 22, 2025. On August 4, 2025, Plaintiff filed his objections to the Report (ECF No. 122)[1], and on August 5, 2025, Defendant filed a response to those objections. (ECF No. 123.)

In his objections, Plaintiff primarily complains of not always receiving the Court's orders. However, the Court ordered the Report re-sent and will consider Plaintiff's objections to have been filed timely. Accordingly, this objection is without merit.

Plaintiff's other objections are conclusory. As noted by Defendant, Federal Rule of Civil Procedure 72 (b) (2) requires that the party objecting to the report and recommendation "serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ.

---

[1] Plaintiff has also filed objections to the Report and Recommendation entered on June 30, 2025. The Court will address that Report (ECF No. 114) and the objections in a separate order.

P. 72 (b) (2). Likewise, the Local Rules require the objecting party to "file and serve written objections . . . [to specified] portions of the report or . . . proposed findings or recommendations[.]" United States District Court for the Western District of Tennessee LR 72.1 (g) (2). Plaintiff's failure to "make any specific objections to the Magistrate Judge's Report and Recommendation" waives his objections. *Hansbrough v. Titlemax of Tenn., Inc.*, 977 F.Supp.2d 859, 862 (W.D. Tenn. 2013).

Upon consideration of the Report and Recommendation and the entire record of the proceedings, the Court finds that the Magistrate Judge correctly set forth the applicable law and cogently applied it to any disputed issues; thus, his decision was not "clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A); *see* Fed. R. Civ. P. 72(a). The Court hereby **ADOPTS** the Report in its entirety, and the motions set forth above are **DENIED**.

IT IS SO ORDERED.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: August 5, 2025