**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

**JOHN F. CURRAN, III,**

**Plaintiff,**

**vs.** **No. 23-1064-STA-jay**

**CARL A. FRONABARGER,**

**Defendant.**

---

**ORDER DENYING PLAINTIFF'S MOTION TO VACATE ORDER OF DISMISSAL AND MOTION FOR PRELIMINARY INJUNCTION**

---

Despite the fact that Plaintiff's lawsuit was dismissed on August 6, 2025, judgment was entered that same day, and the Court of Appeals affirmed that dismissal and then denied Plaintiff's petition for rehearing, Plaintiff continues to attempt to litigate his claims. (ECF No. 135.) Moreover, Plaintiff's claims were previously dismissed in *Curran v. Wepfer Marine, Inc.*, 1:20-cv-01229-STA-jay (W.D. Tenn. Feb. 6, 2023). That judgment was also affirmed by the Court of Appeals. Plaintiff has presented no new facts or law to convince the Court that its previous decisions were not correct. Accordingly, Plaintiff's present motion is **DENIED**.

**Plaintiff is cautioned that any attempt to relitigate the claims that have already been dismissed will result in the summary dismissal of those claims and could result in sanctions.**

**IT IS SO ORDERED.**

**s/ S. Thomas Anderson**
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: August 31, 2026